No. 530, Misc.   McELLIGOTT v. BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 531, Misc.   BEASON v. STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

· No. 532, Misc.   LYLE v. STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 533, Misc.   WASHINGTON v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 534, Misc.   STORY v. OKLAHOMA.   Criminal Court of Appeals of Oklahoma.   Certiorari denied.

No. 535, Misc.   MEYERS v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

No. 536, Misc.   HOLLOWAY v. UNITED STATES.   United States Court of Appeals for the District of Columbia. Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 537, Misc.   JONES v. RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 539, Misc.   BROWN v. MISSOURI.   C. C. A. 8th. Certiorari denied.

No. 540, Misc.   LUCAS v. TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.